# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

FRANKLIN CHURCH

NO. 2019 KW 1421

JAN 0 6 2020

---

In Re:    Franklin Church, applying for supervisory writs, 21st
          Judicial District Court, Parish of Livingston, No. 12-
          Feln-028283.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

   **WRIT DENIED.** The records of the Livingston Parish Clerk's
Office reflect that the district court denied relator's
application for postconviction relief on March 11, 2019,
adopting the supreme court's December 3, 2018 *per curiam*. **State
ex rel. Church v. State,** 2018-0064 (La. 12/3/18), 257 So.3d 1254
(*per curiam*).

**VGW**
**WJB**


   **Guidry,J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.